**Appeal Dismissed and Memorandum Opinion filed September 7, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00500-CV

**CRYSTAL SANCHEZ, ET AL., Appellants**

**V.**

**GUSTAVO RIVERA, ET AL., Appellees**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-01924**

## MEMORANDUM OPINION

This appeal is from a judgment signed on June 28, 2023. The notice of appeal was filed July 17, 2023. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs). Moreover, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal indicated to the court appellants did not make arrangements to pay for the record.

On July 28, 2023, notification was transmitted to appellants that the appeal was subject to dismissal without further notice unless, within fifteen days, appellants made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). In addition, on July 31, 2023, appellants were instructed to pay the appellate filing fee on or before August 10, 2023 or the appeal would be subject to dismissal without further notice. Appellants did not provide any response to any of those notices.

On August 17, 2023, appellants were ordered to pay the filing fee and demonstrate they had made arrangements to pay for the clerk's record on or before August 28, 2023. *See* Tex. R. App. P. 4.1(a). In the order, the court notified appellants that failure to comply with either of those requirements would leave the appeal subject to dismissal without further notice for want of prosecution.

Appellants have not paid the appellate filing fee, they have not provided this court with proof of payment for the record, nor have they otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.